# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Lawrence Simmons, | Civil No. 21-cv-0948 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| District Court, Dakota County et al., | |
| Defendants. | |

Scott Lawrence Simmons, Plaintiff pro se.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 3, 2021 [Doc. No. 3]. No objections have been filed in the time period permitted.

Accordingly, and after an independent review of the files, records, and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Scott Lawrence Simmons [Doc. No. 2] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 20, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge